THE STATE OF SOUTH CAROLINA

THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Melvin Rice,       
Appellant,
 
 
 

Appeal From Greenville County
Charles B. Simmons, Jr., Special Circuit 
 Court Judge

Unpublished Opinion No. 2003-UP-650
Submitted August 20, 2003  Filed November 
 6, 2003   

APPEAL DISMISSED

 
 
 
Senior Assistant Appellate Defender Wanda H. Haile, 
 of Columbia; for Appellant.
Attorney General Henry Dargan 
 McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney 
 General Charles H. Richardson, of Columbia; Solicitor Robert M. Ariail, of Greenville; 
 for Respondent.
 
 
 

PER CURIAM:  Melvin Rice appeals his conviction 
 for failure to stop for a blue light, arguing the lower court erred in accepting 
 his plea prior to an inquiry as to whether any basis in fact existed in support 
 of the plea.  Rices counsel attached to the brief a petition to be relieved 
 as counsel, stating that she had reviewed the record and concluded this appeal 
 lacks merit.  After a thorough review of the record and counsels brief pursuant 
 to Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 
 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss 
 [1] Rices appeal and grant counsels motion to be relieved.
APPEAL DISMISSED.
HEARN, C.J., CONNOR and ANDERSON, JJ., concur.

 
 [1] We decide this case without oral argument pursuant 
 to Rule 215, SCACR.